1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STANLEY W. MUNDY,                           No.  2:25-cv-1182 AC P

12                  Petitioner,

13         v.                                     ORDER AND
                                                  FINDINGS & RECOMMENDATIONS
14    TEAUNA MIRANDA,

15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, paid the filing fee, and filed a motion for a stay and

19    abeyance.  ECF Nos. 6, 7.  On October 9, 2025, the undersigned issued an order to show cause

20    why this case should not be dismissed pursuant to Younger v. Harris, 401 U.S. 37 (1971).  ECF

21    No. 8.  Petitioner was given thirty days from the date of service of the order to show cause why

22    the petition should not be dismissed.  Id. at 9.  Petitioner was warned that failure to show cause

23    would result in the recommendation for dismissal pursuant to Younger and that the motion for

24    stay and abeyance be denied as moot.  Id.  Petitioner was also informed that he could alternatively

25    seek voluntary dismissal of his petition pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

26    and seek to refile after the statute of limitations clock has begun.  Id.

27         The deadline to respond to the order to show cause has passed and petitioner has not filed

28    a response or a motion to voluntarily dismiss his petition.

                                                1

1          Accordingly, **IT IS HEREBY ORDERED** that the Clerk of the Court should randomly

2 assign a United States District Judge to this action.

3          Furthermore, **IT IS RECOMMENDED** that petitioner's application for a writ of habeas

4 corpus be dismissed without prejudice, and the motion for stay and abeyance (ECF No. 7) be

5 dismissed as moot, for all the reasons set forth in the Order at ECF No. 8 (incorporated here by

6 reference).

7          These findings and recommendations are submitted to the United States District Judge

8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9 after being served with these findings and recommendations, petitioner may file written

10 objections with the court and serve a copy on all parties.  Such a document should be captioned

11 "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that

12 failure to file objections within the specified time may waive the right to appeal the District

13 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 DATED: November 24, 2025

15 _____

      ALLISON CLAIRE

16       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28