UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY W. MUNDY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TEAUNA MIRANDA,<br><br>　　　　　Respondent. | No.  2:25-cv-1182 WBS AC P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 25, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 9.  Petitioner has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations (ECF No. 9) are adopted in full;

　　　　2. Petitioner's application for a writ of habeas corpus is dismissed without prejudice, and

1

the motion for stay and abeyance (ECF No. 7) is dismissed as moot, for all the reasons set forth in the Order at ECF No. 8.

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: January 6, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AC/df:mund1182.800.hc.jo

2